# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**VARNITA CONNER-COOLEY,**
        **Plaintiff,**

    v.                            Case No. 09-C-1083

**AIG LIFE BROKERAGE,**
        **Defendant.**

---

## ORDER

Plaintiff filed this case on November 17, 2009. Pursuant to Fed. R. Civ. P. 4(m), plaintiff had 120 days from filing to serve the defendant. That time period has expired, yet no proof of service has been submitted to the court. As no service appears to have been made within the 120-day period, Rule 4(m) and Civil L.R. 41(a) allow me to dismiss the case without prejudice upon my own initiative after 21 days' notice to the plaintiff. This order gives plaintiff that notice.

**THEREFORE IT IS ORDERED** that plaintiff has 21 days from the date of this order to file proof of service with the clerk of court. Plaintiff is hereby warned that if she fails to comply with this order this case will be dismissed without prejudice.

Dated at Milwaukee, Wisconsin, this 19 day of September, 2010.

/s_____
LYNN ADELMAN
District Judge