**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**VARNITA CONNER-COOLEY**
        **Plaintiff,**

    vs.                                                     **Case No. 09-C-1083**

**AIG LIFE BROKERAGE**
        **Defendant.**

---

## DECISION AND ORDER

On November 17, 2009, plaintiff Varnita Conner-Cooley filed this action pursuant to the Americans With Disabilities Act against defendant AIG Life Brokerage. On November 2, 2010, plaintiff moved for a default judgment. After plaintiff filed this motion, the Clerk of Court entered defendant's default. Thereafter, plaintiff filed a brief and affidavits in support of her request for back pay, damages and attorneys' fees. A review of this brief and the accompanying affidavits indicates that plaintiff is seeking a judgment against the insurance giant American International Group, Inc. ("AIG"). However, the defendant whose name appears on the summons and against whom the Clerk entered default is an entity identified as "AIG Life Brokerage." Although it is possible that AIG Life Brokerage is the same entity as AIG, nothing in the record establishes that it is. Moreover, even if AIG Life Brokerage is affiliated with AIG, it is possible that it is a subsidiary or other distinct corporate entity, in which case AIG would not be the proper party defendant. In this regard, I note that a search of the Wisconsin Department of Financial Institutions database reveals no listing for an entity named AIG Life Brokerage, and that the pay stubs attached to plaintiff's affidavit indicates that she was paid by an entity known as A.G. Life

Companies LLC – an entity which, so far as the record reveals, was not served with process in this case.

Given the confusion in the record as to the identity of the proper defendant, plaintiff's motion for default judgment will be denied. Should plaintiff wish to prosecute this case further, she must submit competent proof as to the corporate identity of her employer and demonstrate that this entity was served with process.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for default judgment is **DENIED**. If plaintiff does not take further action to prosecute this case within thirty days of the date of this order, I will enter an order dismissing it for lack of prosecution.

Dated at Milwaukee, Wisconsin, this 1st day of March, 2011.

/s_____
LYNN ADELMAN
District Judge